UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO GRANDE, on behalf of himself, FLSA Collective Plaintiffs, and the Class,<br><br>Plaintiff,<br><br>-against-<br><br>48 ROCKEFELLER CORP. d/b/a DELIS 48, and BYUNG W. CHO<br><br>Defendants, | **ORDER**<br><br>21 Civ. 1593 (PGG) (JLC) |

PAUL G. GARDEPHE, U.S.D.J.:

The Clerk of Court is directed to vacate the Mediation Referral Order (Dkt. No. 15).

Dated: New York, New York
April 28, 2021

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge