USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO GRANDE, *on behalf of himself
And FLSA Collective Plaintiffs*,

              Plaintiff,

    -v-

48 ROCKEFELLER CORP. d/b/a DELIS 48,
And BYUNG W. CHO,

             Defendants.
------------------------------------------------------------X

**ORDER**

21-CV-01593 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a status conference today, at which it set the following schedule:

1. All remaining discovery will be completed by **October 29, 2021.** No further extensions will be granted.

2. The parties are directed to submit pre-motion letters (related to plaintiff's anticipated Rule 23 motion and his motion for partial summary judgment) to Judge Gardephe on or before **November 12, 2021**.

   **SO ORDERED.**

Dated: September 15, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge