UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO GRANDE, on behalf of himself
and the FLSA collective plaintiffs,

                Plaintiff,

- against -

48 ROCKEFELLER CORP. (d/b/a "Delis 48") and BYUNG W CHO,

                Defendants.

**ORDER**

21 Civ. 1593 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Plaintiff's motions for partial summary judgment and for class certification (see Dkt. No. 46):

1. Plaintiff's motions are due on **August 23, 2022**;

2. Defendants' opposition brief is due on **September 20, 2022**; and

3. Plaintiff's reply, if any, is due on **September 27, 2022**.

Dated: New York, New York
       July 25, 2022

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge