UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO GRANDE, ET AL,
*on behalf of themselves, FLSA collective Plaintiffs and the Class,*

    Plaintiff,

v.

48 ROCKEFELLER CORP., ET AL,

    Defendants.

---

**Case No.**: 1:21-cv-01593

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 48 Rockefeller Corp. d/b/a Delis 48, and Byung W. Cho (collectively "Defendants"), having offered to allow Plaintiffs Ricardo Grande, In Soo Kang, and Elvira Morales ("Plaintiffs") to take a judgment against them, in the sum of Twenty-Five Thousand ($25,000.00), inclusive of all of Plaintiffs' claims for relief, damages, fees, costs, expenses, disbursements, attorneys' fees, accountant's fees, and experts' fees incurred in the above-captioned matter as of the date of this offer in complete satisfaction, to resolve all of their Fair Labor Standards Act claims against Defendants in their Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 1, 2023 and filed as Exhibit A to Docket Number 89;

    **WHEREAS**, on November 2, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 89);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Ricardo Grande, In Soo Kang, and Elvira Morales, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated

November 1, 2023 and filed as Exhibit A to Docket Number 89. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _November 2_, 2023
      New York, New York

_____
U.S.D.J.